

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

MEMO ENDORSED

April 22, 2020

**BY ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    **Re:**   *United States v. Randy Sargeant, et al.,* **19 Cr. 666 (KMK)**

Dear Judge Karas:

    The Government writes, with the consent of all defense counsel, to request a 30-45 day adjournment of the motions schedule and upcoming status conference in this case. The status conference is currently scheduled for April 29, 2020, and the motions schedule is currently the following: motions due by May 29, 2020; opposition due by July 17, 2020; and replies due by August 7, 2020. The parties have not sought a previous adjournment.

    The Government is seeking the adjournment in light of the warnings against travel on public transportation and the guidance encouraging limited contact in light of COVID-19. Additionally, the Government has produced discovery, which the defense is currently reviewing. To allow the defense time to review the discovery and determine what motions, if any, they wish to make, the Government requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:     /s/
    Christopher D. Brumwell
    Assistant United States Attorney
    917-710-0661

Granted. The Court will hold a conference on 6/11/20 at 11:00 AM

SO ORDERED
KENNETH M. KARAS U.S.D.J.
4/23/20