

**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

June 5, 2020

**BY ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Randy Sargeant, et al.,* 19 Cr. 666 (KMK)

Dear Judge Karas:

The Government writes, with the consent of all defense counsel, to request a 30-45 day adjournment of the motions schedule and upcoming status conference in this case. The status conference is currently scheduled for June 11, 2020 at 11:00 AM. The parties sought one previous adjournment, in light of the COVID-19 pandemic, of this status conference and the motions schedule, which was granted. Based on the 43-day adjournment the Court granted for the last status conference date, the motions schedule is currently the following: motions due by July 11, 2020; opposition due by August 29, 2020; and replies due by September 19, 2020.

The Government is seeking the adjournment in light of the warnings against travel on public transportation and the guidance encouraging limited contact in light of COVID-19. Additionally, the Government has produced discovery, which the defense is currently reviewing. To allow the defense time to review the discovery and determine what motions, if any, they wish to make, the Government requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/
Christopher D. Brumwell
Assistant United States Attorney
917-710-0661

*Granted. The Court will hold a status conf. on 7/9/2020 at 2:00 p.m. Time is excluded until 7/9/2020 pursuant to 18 USC 3161(h)(7)(A)*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
6/9/2020