**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

July 2, 2020

**BY ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Randy Sargeant, et al.,* 19 Cr. 666 (KMK)

Dear Judge Karas:

The Government writes, with the consent of all defense counsel, to request an approximately 30 day adjournment of the motions schedule and upcoming status conference in this case. The status conference is currently scheduled for July 9, 2020 at 11:00 AM. The parties sought two previous adjournments, in light of the COVID-19 pandemic, of this status conference and the motions schedule, which were granted. Based on the 28-day adjournment the Court granted for the last status conference date, the motions schedule is currently the following: motions due by August 8, 2020; opposition due by September 26, 2020; and replies due by October 17, 2020.

The Government is seeking the adjournment in light of the warnings against travel on public transportation and the guidance encouraging limited contact in light of COVID-19. Additionally, the Government has produced discovery, which the defense is currently reviewing. To allow the defense time to review the discovery and determine what motions, if any, they wish to make, the Government requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: /s
Christopher D. Brumwell
Assistant United States Attorney
917-710-0661

*Granted. The Court will hold a status conf. on Sept. 18, 2020 at 10:30 AM. Time is excluded under the Speedy Trial Act, 18 USC 3161(h)(7)(A) until 9/18/2020.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
7/6/2020