Case 7:19-cr-00666-KMK   Document 134   Filed 09/10/20   Page 1 of 1

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

September 10, 2020

**BY ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Randy Sargeant, et al.,* **19 Cr. 666 (KMK)**

Dear Judge Karas:

The Government writes, with the consent of all defense counsel, to request an approximately 45 day adjournment of the motions schedule and upcoming status conference in this case. The status conference is currently scheduled for September 18, 2020 at 10:30 AM. The parties sought three previous adjournments, in light of the COVID-19 pandemic, of this status conference and the motions schedule, which were granted. Based on the 71-day adjournment the Court granted for the last status conference date, the motions schedule is currently the following: motions due by October 18, 2020; opposition due by December 6, 2020; and replies due by December 27, 2020.

The Government is seeking the adjournment in light of the warnings against travel on public transportation and the guidance encouraging limited contact in light of COVID-19. Additionally, the Government has produced discovery, which the defense is currently reviewing. To allow the defense time to review the discovery and determine what motions, if any, they wish to make, the Government requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: /s/
Christopher D. Brumwell
Assistant United States Attorney
917-710-0661

*Granted. The Court will hold a conference on 11/16/20 at 11:00 AM. Time is excluded to 11/16/20 pursuant to 18 U.S.C. Section 3161(h)(7)(A).*

**SO ORDERED**

KENNETH M. KARAS U.S.D.J.

9/11/2020