**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 12, 2020

**BY ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Randy Sargeant, et al.*, 19 Cr. 666 (KMK)

Dear Judge Karas:

The Government writes, with the consent of defense counsel, to request an approximately 45 day adjournment of the motions schedule and upcoming status conference in this case. The status conference is currently scheduled for November 16, 2020. The parties sought four previous adjournments of this status conference and the motions schedule, which were granted. Based on the 59-day adjournment the Court granted for the last status conference date, the motions schedule is currently the following: motions due by December 16, 2020; opposition due by February 3, 2021; and replies due by February 24, 2021.

The Government is seeking the adjournment in light of the warnings against travel on public transportation and the guidance encouraging limited contact in light of COVID-19. Moreover, the parties are currently discussing potential dispositions of the case prior to trial. Additionally, the Government has produced discovery, which the defense is currently reviewing. To allow the defense time to review the discovery and determine what motions, if any, they wish to make, the Government requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Granted. The conference is moved to 1/13/21 at 11:30 am. Time is excluded until then, in the interests of justice, to account for the difficulties imposed by the pandemic and the need to review discovery, as well as the possiblity that there may be a resolution of this case. The interests of justice from this exclusion outweigh the public's and Defendant's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

*/s/ K.M.K.*

11/12/20

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____/s/_____
Christopher D. Brumwell
Assistant United States Attorney
917-710-0661