**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 8, 2021

**BY ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

### Re: *United States v. Randy Sargeant, et al.,* **19 Cr. 666 (KMK)**

Dear Judge Karas:

The Government writes, with the consent of defense counsel, to request an approximately 45 day adjournment of the motions schedule and upcoming status conference in this case. The status conference is currently scheduled for January 13, 2021. The parties sought five previous adjournments of this status conference and the motions schedule, which were granted. Based on the 58-day adjournment the Court granted for the last status conference date, the motions schedule is currently the following: motions due by February 12, 2021; opposition due by April 1, 2021; and replies due by April 22, 2021.

The Government is seeking the adjournment in light of the warnings against travel on public transportation and the guidance encouraging limited contact in light of COVID-19. Moreover, the parties are currently discussing potential dispositions of the case prior to trial. Additionally, the Government has produced discovery, which the defense is currently reviewing. To allow the defense time to review the discovery and determine what motions, if any, they wish to make, the Government requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Granted. The 1/13/21 conference is adjourned to 2/24/21 at 11 am. Time is excluded until then, in the interests of justice, to allow the Parties adequate time for briefing of pre-trial motions and for discussions toward a disposition. The interests of justice from this exclusion outweigh Defendants' and the public's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

1/11/21

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____/s_____

Christopher D. Brumwell
Assistant United States Attorney
917-710-0661