UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

    -against-

Randy Sargeant,

    Defendant.

-------------------------------------------------------x

ORDER

Docket No. 19 CR 00666 (KMK)

KARAS, U.S. DISTRICT JUDGE:

Daniel Hochheiser, Esq., is to assume representation of the defendant in the above captioned matter as of January 21, 2021. Mr. Hochheiser is appointed pursuant to the Criminal Justice Act. His address is 2 Overhill Road, Suite 400, Scarsdale, NY 10583, phone number (646) 863-4246; Email: dah@hochheiser.com. Benjamin Gold is relieved as counsel.

SO ORDERED

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       January 21, 2021