

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 6, 2021

**BY ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. Randy Sargeant, et al.*, 19 Cr. 666 (KMK)

Dear Judge Karas:

      The Government writes, with the consent of defense counsel, to request that the upcoming status conference, currently scheduled for May 12, 2021, be adjourned for approximately 45 days. The Government also requests that the current motions schedule be adjourned and that a new motions schedule be set at the next conference.

      The Government is seeking the adjournment in light of the warnings against travel on public transportation and the guidance encouraging limited contact in light of COVID-19. Moreover, the parties are currently discussing potential dispositions of the case prior to trial. Additionally, the Government has produced discovery, which the defense is currently reviewing. To allow the defense time to review the discovery and determine what motions, if any, they wish to make, the Government requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____/s_____
     Christopher D. Brumwell
     Assistant United States Attorney
     212-637-2477

---

Granted. The next conference will be on 6/22/21 atr 2:30 pm.  Time is excluded until then, in the interests of justice, both because of the health risks from the ongoing coronavirus pandemic and to allow the Parties to continue their discussions toward a potential disposition of this case.  The interests of justice from this exclusion outweigh Defendants' and the public's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

*/s/ Kenneth M. Karas*

5/6/21