SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v

Randy Sargeant            CASE NO 19 CR 666 (KMK)
    Defendant

The undersigned defendant, advised by my undersigned attorney, consents to a United States Magistrate Judge presiding over the proceedings required by Rule 11, Fed. R. Crim. P., for me to enter a plea of guilty in my case, or to change my plea, if one has previously been made, from not guilty to guilty, in accordance with the Standing Order of the assigned United States District Judge under Miscellaneous Docket M 10-468. I understand that if my plea is accepted, my sentencing will take place before the United States District Judge who is assigned, or who is to be assigned, to my case.

I understand that I have the absolute right to insist that all Rule 11 proceedings be conducted before an Article III Judge, and hereby represent and confirm to the Magistrate Judge that no threats or promises, or other improper inducements, have been made to cause me to consent to this procedure, and that I do so voluntarily.

IN WITNESS WHEREOF I have executed this consent remotely on **May 14, 2021** while incarcerated at the Westchester County Jail in Valhalla, NY during a Securus Video Visit with my undersigned counsel present at a different location in Westchester County.

X    Randy Sargeant    *DAH*      X    _____
       Defendant                                  Attorney for Defendant

Accepted by: _____
JUDITH C. McCARTHY
United Magistrate Judge
(S.D.N.Y. White Plains)