UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Randy Sargeant
     Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

19 CR 666 (KMK)

Defendant Randy Sargeant hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐ Initial Appearance Before a Judicial Officer

☐ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☒ Guilty Plea/Change of Plea Hearing

☐ Bail/Detention Hearing

☐ Pre-Trial Conference Before District Judge

Randy Sargeant *DAH*
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defendant's Counsel's Signature

Randy Sargeant
_____
Print Defendant's Name

Daniel A. Hochheiser
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5-27-2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge