

Case 7:19-cr-00666-KMK Document 190 Filed 09/20/21 Page 1 of 1

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 20, 2021

**BY ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re: *United States v. Randy Sargeant, et al.*, 19 Cr. 666 (KMK)**

Dear Judge Karas:

As discussed during today's status conference, the Government writes, with the consent of all defense counsel, to request that the Court set the following schedule for briefing defense motions in this case:

- Defense motions due on November 5, 2021
- Government opposition due December 6, 2021
- Defense replies due December 20, 2021

The parties also request that the Court set a date for the next conference approximately two weeks after the reply date, which would be during the week beginning January 3, 2022.

Additionally, to allow parties time to file and brief motions, and to allow the parties to continue negotiations concerning pretrial dispositions in this case, the Government requests that the time between today's date and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: /s
Christopher D. Brumwell
Assistant United States Attorney
212-637-2477

Granted. The conference will be 1/13/22 at 11:30 am. Time is excluded until then, in the interests of justice, to allow counsel adequate time to brief the pre-trial motions. The interests of justice from this exclusion outweigh the public's and defendants' interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

9/20/21