

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 21, 2022

**BY ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *United States v. Randy Sargeant, et al.,* 19 Cr. 666 (KMK)

Dear Judge Karas:

    The Government writes, with the consent of each defense counsel, to request that the upcoming status conference, currently scheduled for March 24, 2022 at 10:30 AM, be adjourned for approximately 60 days.

    This adjournment is appropriate because the parties are engaged in discussions concerning potential dispositions of the case prior to trial. Indeed, one defendant is scheduled to enter a guilty plea on April 1, 2022. Moreover, new counsel was appointed today for defendant Amanda Coppolla, and the adjournment will give new counsel time to review discovery the Government has made available for review. Accordingly, the Government requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Granted. The 3/24 conference is adjourned to 5/19/22, at 10:30 Time is excluded until then, in the interests of justice, to allow for new counsel to review the discovery and meet with Ms. Coppolla. The interests of justice from this exclusion outweigh Defendants' and the public's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.
*/s/*
3/21/22

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:     /s
    Christopher D. Brumwell
    Assistant United States Attorney
    212-637-2477